# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY EUGENE THOMAS, <br><br> Plaintiff, <br><br> vs. <br><br> NANCY A. BERRYHILL, Acting Commissioner of Social Security, <br><br> Defendant | Case No. 1:17-cv-01512-SKO <br><br> ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) <br><br> (Doc. 20) |

Based upon the parties' Stipulation for the Award of Attorney's Fees Pursuant to the Equal Access to Justice Act (Doc. 20) (the "Stipulation"),

IT IS ORDERED that attorney's fees and expenses in the amount of Five Thousand Dollars ($5,000.00) as authorized by 28 U.S.C. § 2412, be awarded subject to the terms of the Stipulation.

IT IS SO ORDERED.

Dated: __January 16, 2019__     /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE

-1-